IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
==========================================================================

    MICHAEL O. LIVINGSTONE

                                   :   Civil Case No.13412-RBK-AMD

                *Plaintiff*

                                   :

        v.

                                   :

HADDON POINT MANAGER, LLC., et al    :

              *Defendants*          :

                                   :

==========================================================

**Plaintiff's Request to Magistrate Judge to
postpone Discovery order for two (2) months for Plaintiff to seek Legal representation.**

---

    Plaintiff is searching for an attorney to represent him in this case. Accordingly, Plaintiff respectfully request the Magistrate Judge to postpone the scheduling order or place it on abeyance for about two (2) months.

                                                              Respectfully submitted,

                                                              Michael O. Livingstone
                                                              P.O. Box 34246
                                                              Philadelphia, Pennsylvania 19101.

<u>Dated: February 28, 2022</u>

**CERTIFICATE OF SERVICE**

      I, Michael O. Livingstone, hereby certify that around February 28, 2022, I sent the foregoing to this Court for filing. Thereafter, I caused a true and correct copy to be served by ECF and United States Postal mail upon Attorneys for Haddon Point Manager, LLC., at the following mailing address:

        Nicolas Rotsides, Esquire &
        Travis Richards, Esquire
        Weishoff and Richards, LLC.,
        141 High Street
        Mount Holly, New Jersey 08060.

        Respectfully Submitted,

        /s/ *[signature]*

        Michael O. Livingstone, *pro se*
        P.O. Box 34246
        Philadelphia, Pennsylvania 19101.

Dated: February 28, 2021